AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| LYNETTE CONNOR, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 17-cv-6283 MAT |
| DOLGENCORP OF NEW YORK, INC., *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Defendant's motion for summary judgment is granted. The Clerk of the Court is instructed to enter judgment in favor of Defendant and to close the case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Michael A. Telesca on motion for summary judgment in favor of the defendant.

Date: 04/09/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*